IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WILLIAM ALLEN WHITLOW,

    Petitioner,

v.                                                      CASE NO. 3:17-cv-423-LC-GRJ

SECRETARY, FLA. DEPT. OF CORR.,

    Respondent.

_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated July 13, 2017 (ECF No. 4). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of the objections filed.

Having considered the Report and Recommendation, and the timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Leave to proceed as a pauper, ECF No. 2, is **DENIED** and the Petition, ECF No. 1, is **DISMISSED** for failure to state a cognizable habeas corpus claim and pursuant to 28 U.S.C § 1915(g) three-strikes bar**.**

**DONE AND ORDERED** this 26th day of July, 2017.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**